ATTORNEY GRIEVANCE COMMISSION* IN THE
OF MARYLAND

                              \* COURT OF APPEALS

      Petitioner             \* OF MARYLAND

v.                             \* Misc. Docket AG

MICHAEL ANDREW GIACOMAZZA  \* No. 66

      Respondent           \* September Term, 2013

                               \* In the Circuit Court
                               \* for Baltimore County
                               \* Case No. 03-C-14-001104

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Joint Petition for Indefinite Suspension by Consent filed herein pursuant to Maryland Rule 16-772, it is this   13th   day of     May    , 2014,

ORDERED, by the Court of Appeals of Maryland, that Michael Andrew Giacomazza is hereby indefinitely suspended by consent, effective immediately, from the further practice of law in the State of Maryland for violating Maryland Lawyers' Rules of Professional Conduct 8.4(a) and (d); and it is further,

ORDERED, that the Clerk of this Court shall strike the name of Michael Andrew Giacomazza from the register of attorneys, and pursuant to Maryland Rule 16-772(d) shall certify that fact to the Trustees of the Client Protection Fund and the Clerks of all

judicial tribunals in this State.

/s/ Glenn T. Harrell, Jr.
Senior Judge